**KC**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 451**

**JUDGE COAR**
**MAGISTRATE JUDGE COX**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:

TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE
FUND, and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,
                                                          Plaintiffs,
v.
THE TANNER GROUP, INC., an Illinois Corporation,
                                                          Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE
FUND, and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,

| | |
|---|---|
| NAME (Type or print) | |
| ROBERT B. GREENBERG | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Robert B. Greenberg | |
| FIRM | |
| ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. | |
| STREET ADDRESS | |
| 200 West Jackson Boulevard, Suite 1900 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 01047558 | 312-263-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |