UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Teamsters Local Union No. 727 Health and Welfare Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−00451

Honorable David H. Coar

Tanner Group, Inc., The

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

MINUTE entry before Judge Honorable David H. Coar: Status hearing set for 4/1/2009 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.