Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 451 | DATE | 3/31/2008 |
| CASE TITLE | Teamsters Local #727 vs. The Tanner Group, Inc. | | |

**DOCKET ENTRY TEXT**

This action is dismissed pursuant to the Agreed Order of Dismissal. The dismissal, without prejudice, as provided, shall automatically become a dismissal with prejudice as provided in this order. ENTER AGREED ORDER OF DISMISSAL. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | PAMF |
|---|---|---|